UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPERPOINTS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>RAKUTEN, INC., et al.,<br><br>  Defendants. | Case No. 15-cv-01387-JST<br><br>**ORDER CONTINUING HEARING AND ENLARGING BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Re: ECF No. 24 |

On April 20, 2015, Plaintiff filed an Amended Notice of Motion and Motion for Preliminary Injunction. ECF No. 20. In that Notice, Plaintiff set a hearing on the Motion for Preliminary Injunction for May 28, 2015, and response- and reply-brief deadlines of May 4, 2015, and May 11, 2015, respectively. Id.

On April 27, 2015, the parties filed a stipulation to continue the briefing and hearing deadlines on Plaintiff's Motion for Preliminary Injunction. ECF No. 24. In that stipulation, the parties proposed a June 11, 2015 hearing date, and new response and reply deadlines. Id. Counsel for Defendants had a scheduling conflict on May 28, 2015. Id.

Because the Court is not available on June 11, 2015 for a hearing, the Court hereby grants the parties' stipulation in part and orders as follows:

1.  The hearing on the Motion for Preliminary Injunction shall be held on Tuesday, June 23, 2015 at 2:00 p.m.
2.  Defendants' response brief shall be due on May 18, 2015.

\ \ \

\ \ \

\ \ \

\ \ \


3. Plaintiff's reply brief shall be due on May 25, 2015.

IT IS SO ORDERED.

Dated: April 28, 2015



_____
JON S. TIGAR
United States District Judge